To: Ashley Yount, Deputy Clerk
Twelfth Court of Appeals
1517 West Front Street Suite 354
Tyler, Tx. 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
TYLER, TEXAS
CATHY S. LUSK, CLERK

From: Brian Alan Hays #1467244
Allred Unit
2101 FM 369 N.
Iowa Park, Tx. 76367

RE: Case Number                     12-11-00313-CR
Trial Court Case Number: 5168

Style: Brian Alan Hays
              v.
         The State of Texas

I need a copy of the following pages of my trial transcript please. Again I am attempting to enclose a $14.00 payment for the following copys. Thank you for your patient's.

I need the following pages from Vol. 3 please.

|  | | Page | Vol. |
|---|---|---|---|
| Jury Sworn | | 6 | 3 |
| Defendant Arraigned in Presence of Jury | | 7 | 3 |
| Opening Remarks by the Court | | 8 | 3 |
| Courts Charge to the Jury | | 222 | 3 |
| Joseph Sterner | Direct | 41 | 3 |

Please see other side →

| | | | Page | Vol. |
|---|---|---|---|---|
| Joseph Sterner | Direct | | 42 | 3 |
| Joseph Sterner | Direct | | 43 | 3 |
| Joseph Sterner | Direct | | 44 | 3 |
| Joseph Sterner | Direct | | 45 | 3 |
| Joseph Sterner | Direct | | 46 | 3 |
| Joseph Sterner | Direct | | 47 | 3 |
| Joseph Sterner | Direct | | 48 | 3 |
| Joseph Sterner | Direct | | 49 | 3 |
| Joseph Sterner | Direct | | 50 | 3 |
| Joseph Sterner | Direct | | 62 | 3 |
| Joseph Sterner | Cross | | 51 | 3 |
| Joseph Sterner | Cross | | 52 | 3 |
| Joseph Sterner | Cross | | 53 | 3 |
| Joseph Sterner | Cross | | 54 | 3 |
| Joseph Sterner | Cross | | 55 | 3 |
| Joseph Sterner | Cross | | 56 | 3 |
| Joseph Sterner | Cross | | 57 | 3 |
| Joseph Sterner | Cross | | 58 | 3 |
| Joseph Sterner | Cross | | 59 | 3 |
| Joseph Sterner | Cross | | 60 | 3 |
| Joseph Sterner | Cross | | 61 | 3 |

Volume One (1)   Chronological Index   1 page
Volume Two (2)   Chronological Index   1 page